MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>SKYLER EVANS,<br><br>               Defendant. | No.  4:26-cr-00006-RRB-SAO<br><br>COUNT 1:<br>SEXUAL EXPLOITATION OF A CHILD<br>- PRODUCTION OF CHILD<br>PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a), (e)<br><br>COUNT 2:<br>POSSESSION OF CHILD<br>PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(5)(B),<br>(b)(2)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION:<br>  18 U.S.C. § 2253(a), 28 U.S.C. § 2461(c),<br>and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

//

//

Beginning on a date unknown to the Grand Jury, and continuing until no later than August 25, 2023,  within the District of Alaska, the defendant, SKYLER EVANS, did employ, use, persuade, induce, entice, and coerce a minor, VICTIM 1, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Beginning on a date unknown to the Grand Jury, and continuing until no later than March 25, 2025, within the District of Alaska, the defendant, SKYLER EVANS, knowingly possessed and attempted to possess material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (C), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is a violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1-2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Upon conviction of the offenses in violation of 18 U.S.C. § 2251(a), (e) or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in Counts 1-2 of this Indictment, the defendant, SKYLER EVANS, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violations or any property traceable to such property, including, but not limited to:

The following items seized pursuant to Alaska state warrant 4FA-25-00057SW:

1) Phone - FPD (3) 109629;

2) Smartwatch – FPD (4) 109630;

3) SD Card – FPD (5) 109631;

4) USB – FPD (6) 109632;

5) USB – FPD (7) 109633;

6) SD Card – FPD (8) 109634;

7) Hard Drive – FPD (9) 109635;

8) Hard Drive – FPD (10) 109636;

9) Pink iPhone – FPD (11) 109637;

10) Phone w/ Duct Tape – FPD (12) 109638;

11) Silver iPhone – FPD (13) 109639;

Case 4:26-cr-00060-RRB-SAO *SEALED* Document 2 Filed 04/22/26 Page 3 of 6

12) Grey USB – FPD (14) 109640;

13) Orange USB – FPD (15) 109641;

14) Hard drive – FPD (16) 109642;

15) iPhone with flower case – FPD (17) 109643;

16) Silver iPhone – FPD (18) 109644;

17) iPhone – FPD (19) 109645;

18) Blue iPhone – FPD (20) 109646;

19) Flip Phone – FPD (21) 109647;

20) Blk iPhone – FPD (22) 109648;

21) Silver iPhone – FPD (23) 109649;

22) Silver iPhone – FPD (24) 109650;

23) iPhone – FPD (25) 109651;

24) Tablet – FPD (26) 109652;

25) Red USB – FPD (30) 109656;

26) Blue USB – FPD (31) 109657;

27) SD card – FPD (32) 109658;

28) BLK USB – FPD (33) 109659;

29) Blk iPhone – FPD – (34) 109660;

30) Hard Drive – FPD (35) 109661;

31) Hard Drive – FPD (36) 109662;

32) White iPhone – FPD (37) 109663;

33) iPhone/gold case – FPD (38) 109664;

Case 4:20-cr-00060-RRB-SAO-SEALED Document 2 Filed 04/22/22 Page 4 of 6

34) Micro SD – FPD (39) 109665;

35) Whi USB – FPD (40) 109666;

36) Smartwatch – FPD (41) 109667;

37) Tablet – FPD (42) 109668;

38) Micro SD Card (43) 109669;

39) Red USB – FPD (44) 109670;

40) Blk USB – FPD (45) 109671;

41) Tablet – FPD (46) 109672;

42) Laptop – FPD (47) 109673;

43) Laptop – FPD (48) 109674;

44) Laptop – FPD (49) 109675;

45) Laptop – FPD (50) 109676;

46) USB – FPD (51) 109678;

47) Phone – FPD (55) 109681;

48) USB – FPD (56) 109682;

49) Blk Desktop Comp. – FPD (58) 109684;

50) Computer – FPD (59) 109685; and

51) Ps5 – FPD (60) 109686.

The following items seized pursuant to Alaska state warrant 4FA-25-00098SW:

1)  Phone – FPD (61) 109687.

//

//

Case 4:26-cr-00006-RRB-SAO *SEALED* Document 2 Filed 04/22/26 Page 5 of 6

All pursuant to 18 U.S.C. § 2253(a) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of

the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE:  April 21, 2026

Case 4:26-cr-00060-BRB-SRB *SEALED* Document 2 Filed 04/22/26 Page 6 of 6